FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 1 5 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-00696-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHRISTOPHER JOHNSON, | ) | CASE NO. C07-0696-MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR SUMMARY REMAND |
| STATE OF WASHINGTON, | ) | |
| Defendant. | ) | |

The Court, having reviewed petitioner's notice of removal, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, Plaintiff's objections (Dkt. No. 11), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff is attempting to remove a criminal appeal and petition for post-conviction relief. The removal statute — 28 U.S.C. § 1446(c)(1) — provides that a notice of removal "shall be filed not later than thirty days after the arraignment in State court, or at any time before trial, whichever is earlier." Because Plaintiff is trying to remove an appeal and petition for post-conviction relief, which occur after trial,

ORDER FOR SUMMARY REMAND
PAGE -1

Plaintiff is time-barred from removing this case. This matter is therefore summarily REMANDED to the state court. *See* 28 U.S.C. § 1446(c)(4);

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler; and

(4) The Clerk shall also send copies of this Order to the Clerk of the Washington Court of Appeals and the Clerk of the Washington Supreme Court.

DATED this _15_ day of ___August___, 2007.

MARSHA J. PECHMAN
United States District Judge

ORDER FOR SUMMARY REMAND
PAGE -2